UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH L. RONE,<br><br>           Petitioner,<br><br>           v.<br><br>HECTOR RIOS,<br><br>           Respondent.<br>_____/ | 1:10-cv-00482-LJO-SMS  (HC)<br><br>ORDER DENYING PETITIONER'S REQUEST FOR A STAY OF THE ACTION AND CONSTRUING THE REQUEST AS A MOTION FOR AN EXTENSION OF TIME  (DOC. 10)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME (DOC. 10)<br><br>30-DAY DEADLINE<br><br>INFORMATIONAL ORDER |

        Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.  On January 27, 2011, petitioner filed a request for a stay of the action with respect to his obligation to file objections to pending findings and recommendations.  The grounds for the request were that petitioner is in transit and lacks access to legal materials and property.

        Petitioner has not shown a basis for a stay of the action, and thus his request for a stay is DENIED.

        However, the Court CONSTRUES petitioner's request to include a motion for an extension of time to file objections to the findings and recommendations, which is GRANTED.

        Good cause having been presented to the court and GOOD CAUSE APPEARING

1  THEREFOR, IT IS HEREBY ORDERED that:

2        Petitioner is granted thirty days from the date of service of this order in which to file

3  objections to the findings and recommendations that were filed and served on January 18, 2011.

4        Petitioner is INFORMED that pursuant to Local Rule 183(b), a party appearing in propria persona is required to keep the Court informed of his or her current address at all times; if mail directed to a petitioner in propria persona by the Clerk is returned by the U.S. Postal Service, and if such petitioner fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.IT IS SO ORDERED.

Dated:   **January 28, 2011**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE